

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00214-CV

---

In re Laura Rachelle Aguilar, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Laura Rachelle Aguilar, has filed a petition for writ of mandamus, requesting that we direct the trial court to vacate a writ of possession allegedly issued in this case, to declare the allegedly issued writ void, to "[o]rder restoration of possession," and to grant her emergency temporary relief.

After consideration, the Court has determined that Aguilar has not established that she is entitled to the relief sought. We deny the petition. Any pending motions are dismissed as moot.


MARIA SALAS MENDOZA, Chief Justice

May 8, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.